IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BECKY KELLY,<br><br>    Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION GROUP LIFE INSURANCE PLAN # 502, an ERISA Welfare Benefit Plan; RITE AID CORPORATION, a Delaware corporation, RELIASTAR LIFE INSURANCE COMPANY, an Oregon corporation, and PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation,<br><br>    Defendants. | Case No. CV 09-472-E-BLW<br><br>**ORDER** |

    Having considered the parties' Stipulation to Dismiss with Prejudice (Dkt. 64), and finding good cause therefor,

    IT IS HEREBY ORDERED THAT, Plaintiff's Complaint is dismissed with prejudice, all parties to bear their own costs and attorney fees.

DATED: **August 30, 2010**

B. LYNN WINMILL
Chief U.S. District Judge

**ORDER - 1**